## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:    JOHNNIE M STOKES                                    CASE NO: 09-08828
                                                              CHAPTER 13

          DEBTORS(S)                                          JUDGE:  JANET S BAER

                                                              NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    CITIMORTGAGE INC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0000 | 8749000160607 | $      .00 | $ 10,000.00 | $  10,000.00 |

Total Amount Paid the Trustee                                              $   10,000.00

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                            X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 12th day of    September, 2012.

Debtor(s)

JOHNNIE M STOKES
14637 DANTE
DOLTON IL 60419

Debtors Attorney

ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO IL 606030000

Mortgage Arrearage Creditor

CITIMORTGAGE INC
PO BOX 6006
THE LAKES NEVADA 88901-6006

Electronic Service US Trustee

Date: September 12, 2012                    /s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603