**UNITED STATE BANKRUPTCY COURT**

**Northern District of Illinois (Chicago)**

In re: Johnnie Mae Johnson,                                                          Case No. 09-08828

Debtor                                                                                              Chapter 13

**RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Bankruptcy Rule 3002.1(d) and Rule 3002.1(e), CitiMortgage, Inc ("Creditor") has received the Trustee's Notice of Final Cure and has determined:

☒    Creditor agrees with the Trustee's analysis.

☐    Creditor does not agree with the Trustee's analysis of the account for the following reason(s):

   ☐    Creditor has received its pre-petition claim. As of October 3, 2012 there is $ 0.00 outstanding with respect to creditor's supplemental claim.

   ☐    Creditor has not received the following post-petition payments and/or fees from the Debtor:

Next payment due 11/01/12, in the amount of $803.13.

Date: 3 October 2012

                                                                    CitiMortgage, Inc.
                                                                    By: /s/ Ryan Daniel
                                                                    Title: _Bankruptcy Specialist
                                                                    Address: PO BOX 6030
                                                                    Sioux Falls, SD 57117
                                                                    Phone Number: 866-613-5636



# US Bankruptcy Court
### Northern District of Illinois (Chicago)

Debtor: Johnnie Mae Johnson

Case No. 09-08828

## CERTIFICATE OF SERVICE

I hereby certify that on 10/03/12, I served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid:

Debtor: Johnnie Mae Johnson, 14637 Dante Ave Dolton, IL 60419-2410

Debtor's Attorney: Elizabeth Placek 407 S. Dearborn Chicago, IL 60605

Trustee: Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603

/s/ Ryan Daniel